UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE JONES

LAKEN SHIPPING CORPORATION,

    Petitioner(s),

-against-

KELLSTONE, INC. and INLAND BULK TRANSFER CO.,

    Respondent(s).

07 CIV 8859

RULE 7.1 STATEMENT



RECEIVED OCT 15 2007 U.S.D.C. S.D.N.Y. CASHIERS

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, LAKEN SHIPPING CORPORATION, ("LAKEN"), certifies that ALGOMA CENTRAL CORP. is a publicly owned corporate parent of Plaintiff.

Dated:    New York, New York
           October 15th, 2007

                              Respectfully submitted,

                              MAHONEY & KEANE LLP
                              Attorneys for Petitioner LAKEN SHIPPING CORPORATION

By: _____
Edward A. Keane (EK 1398)
111 Broadway, 10th Floor
New York, New York 10006
Tel (212) 385-1422
Fax (212) 385-1605
File No. 12/3478

- 2 -

## SERVICE LIST

| | |
|---|---|
| KELLSTONE, INC. and INLAND BULK TRANSFER CO.<br>3203 Harvard Avenue<br>Newburgh Hts. Ohio 44108 | ROETZEL & ANDRESS<br>Attorneys for Respondents KELLSTONE, INC. and INLAND BULK TRANSFER CO.<br>1375 East Ninth Street<br>One Cleveland Center, Ninth Floor<br>Cleveland, Ohio 44114 |