COURT OF THE STATE/CITY OF NEW YORK
OUNTY OF: SOUTHERN DISTRICT OF NEW YORK ATTORNEY: EDWARD A. KEANE, SQ.

2007110516264

| LAKEN SHIPPING CORPORATION<br>- against -<br>KELLSTONE, INC., ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | AFFIDAVIT OF SERVICE<br>INDEX#<br>07 CIV 8859 |
|---|---|---|

TATE OF: Ohio - COUNTY OF: Cuyahoga ss:

Gerard Mosback, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ________.
hat on date/time: 11/6/07 @ 3:30pm, at 3203 HARVARD AVE. NEWBURGH HTS. OH 44108
eponent served the within: SUMMONS, PETITION, EXHIBIT
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

n: KELLSTONE, INC.
[ ] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**IDIVIDUAL [ ]** By personally delivering to and leaving with said KELLSTONE, INC. and that he knew the person so served to be the person mention and described in said SUMMONS, PETITION, EXHIBIT

**ORPORATION [X]** By delivering to and leaving with Cheryl Lindenberg at 3203 Harvard Ave, Newburgh Hts., OH. and that he knew the person so served to be the Human Resources manager of the corporation.

**UITABLE GE PERSON [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with ________
a person of suitable age and discretion at ________
the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**FFIXING TO OOR, ETC. [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. ________ 2. ________ 3. ________
Deponent spoke with ________ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**AILING TO ESIDENCE 1 [ ] se with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at ________ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on ________

**AILING TO USINESS 2 [ ] se with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at ________ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on ________.

**[X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS

**OID WITHOUT ESCRIPTION se with A,B,C,D**

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [X] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [X] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: ________

**VITNESS FEE [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy

**ILITARY ERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

ubscribed and Sworn to me this 7th day of November 2007

Notary Signature: Laurence E. Holt
Laura E. Holt
Name of Notary
6/28/11
Commission Expiration

STATE OF OHIO (seal)

I, Gerard Mosback, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Gerard Mosback 11/6/07
Signature of Process Server Date

SM

COUNTY OF SOUTHERN DISTRICT OF NEW YORK ATTORNEY: EDWARD A. KEANE, ESQ.

2007110516212 8

LAKEN SHIPPING CORPORATION
-against-
KELLSTONE, INC., ET AL

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 8858

STATE OF: OHIO - COUNTY OF: Cuyahoga ss:

Gerard Mosback, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ________.
That on date/time: 11/6/07 @ 3:30 pm at 3203 HARVARD AVE. NEWBURGH HTS. OH 44108
deponent served the within: SUMMONS, PETITION, EXHIBIT
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: INLAND BULK TRANSFER, CO.
[ ] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said INLAND BULK TRANSFER, CO and that he knew the person so served to be the person mention and described in said SUMMONS, PETITION, EXHIBIT

**CORPORATION B [X]** By delivering to and leaving with Cheryl Lindenberg at 3203 Harvard Ave., Newburgh Hts., OH. and that he knew the person so served to be the Human Resources manager of the corporation.

**SUITABLE AGE PERSON C [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with ________ a person of suitable age and discretion at ________ the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. ________ 2. ________ 3 ________ Deponent spoke with ________ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at ________ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on ________.

**MAILING TO BUSINESS E2 [ ]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at ________ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on ________.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [X] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [X] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: ________

**WITNESS FEE G [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this 7th day of November, 2007

Notary Signature: [signature]

Laura [signature] 6/28/11
Name of Notary Commission Expiration

NOTARIAL SEAL STATE OF OHIO

I, Gerard Mosback was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 11/6/07
Signature of Process Server Date

COURT OF THE STATE OF NEW YORK

COUNTY OF: SOUTHERN DISTRICT OF NEW YORK ATTORNEY: EDWARD A. KEANE, ESQ.

20071105160134

LAKEN SHIPPING CORPORATION
- against -
KELLSTONE, INC., ET AL

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX#
07 CIV 8859

STATE OF: Ohio - COUNTY OF: Cuyahoga ss:

Heath Mosback being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in Clev., OH.

That on date/time: 11/6/07 @ 10:20 AM at 1375 EAST NINTH ST. ONE CLEVELAND CENTER, NINTH FLOOR CLEVELAND OH 44114

deponent served the within SUMMONS, PETITION, EXHIBIT

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: ROETZELL & ANDRESS

[ ] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said ROETZELL & ANDRESS and that he knew the person so served to be the person mentioned and described in said SUMMONS, PETITION, EXHIBIT

**CORPORATION B [X]** By delivering to and leaving with Paulette Hash at 1375 E. 9th St., 9th Floor, Cleveland, OH. and that he knew the person so served to be the person authorized to accept service of the corporation.

**SUITABLE AGE PERSON C [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with ______ a person of suitable age and discretion at ______ the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. ______ 2. ______ 3. ______ Deponent spoke with ______ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at ______ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on ______.

**MAILING TO BUSINESS E2 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at ______ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on ______.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [X] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: ______

**WITNESS FEE G [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy

**MILITARY SERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this 7th day of November, 2007

Notary Signature [signature]

Laura E. [illegible] 1/28/1[illegible]
Name of Notary Commission Expiration

NOTARIAL SEAL STATE OF OHIO

I, Heath Mosback, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 11/6/2007
Signature of Process Server Date

SM