MOUND COTTON WOLLAN & GREENGRASS
Jeffrey C. Crawford (JC-4082)
Daniel J. Endick (DE-5285)
Attorneys for Respondents
Kellstone, Inc. and Inland Bulk Transfer Co.
One Battery Park Plaza
New York, NY  10004
(212) 804-4200
jcrawford@moundcotton.com
dendick@moundcotton.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

| | |
|---|---|
| LAKEN SHIPPING CORPORATION,<br><br>    Petitioner,<br><br> - against -<br><br>KELLSTONE, INC. and INLAND BULK TRANSFER CO.,   .<br><br>    Respondents, | Index No.<br>07 CIV 8859<br><br>Hon. Barbara S. Jones<br><br>**RULE 7.1**<br>**DISCLOSURE**<br>**STATEMENT** |

-----------------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Respondent Kellstone, Inc. certifies that the following are the publicly held corporate parents, subsidiaries or affiliates of that party:

    NONE

Dated: New York, New York
November 19, 2007

        MOUND, COTTON, WOLLAN & GREENGRASS
        Attorneys for Respondents
        Kellstone, Inc. and Inland Bulk Transfer Co.

By _____
        Jeffrey C. Crawford (JC-4082)
        Daniel J. Endick (DE-5285)
        One Battery Park Plaza
        New York, NY 10004
        (212) 804-4200
        jcrawford@moundcotton.com
        dendick@moundcotton.com

Of counsel:

Ezio A. Listati
Christine M. Garritano
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center
Ninth Floor
Cleveland, OH 44114
Telephone: (216) 623-0150
Facsimile: (216) 623-0134

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically with the Court on November 19, 2007. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Daniel J. Endick*
                                                Daniel J. Endick