UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKEN SHIPPING CORPORATION, | CASE NO. 07 CIV 8859 |
| Petitioner, | HON. BARBARA S. JONES |
| vs. | **NOTICE OF MOTION** |
| KELLSTONE, INC. AND INLAND BULK TRANSFER CO., | |
| Respondents. | |

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Daniel J. Endick, sworn to November 19, 2007, together with all exhibits attached thereto, the accompanying Memorandum of Law, and all the papers and proceedings had herein, Respondents, Kellstone, Inc. and Inland Bulk Transfer Co. (collectively "Respondents"), by and through counsel, will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Petitioner Laken Shipping Corporation's ("Laken") Petition to Confirm Arbitration Award ("Petition") on the grounds that this Court lacks subject matter jurisdiction over Laken's Petition, together with such other and further relief and this Court deems just and proper.

Dated: New York, New York
November 19, 2007

                          MOUND, COTTON, WOLLAN & GREENGRASS
                          Attorneys for Respondents,
                          Kellstone, Inc. and Inland Bulk Transfer Co.

By _____
                          Jeffrey C. Crawford (JC-4082)
                          Daniel J. Endick (DE-5285)
                            One Battery Park Plaza
                            New York, NY 10004
                            (212) 804-4200
                            jcrawford@moundcotton.com
                            dendick@moundcotton.com

Of Counsel:

Ezio A. Listati
Christine M. Garritano
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center
Ninth Floor
Cleveland, OH 44114
Telephone: (216) 623-0150
Facsimile: (216) 623-0134

To:

Edward A. Keane (EK 1398)
MAHONEY & KEANE LLP
Attorneys for Petitioner
111 Broadway, 10th Floor
New York, NY 10003
Telephone: (212) 385-1422
Fax: (212) 385-1605

## **CERTIFICATE OF SERVICE**

The foregoing document was filed electronically with the Court on November 19, 2007. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel J. Endick*
Daniel J. Endick