UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

LAKEN SHIPPING CORPORATION,

              Petitioner,

- against -

KELLSTONE, INC. and INLAND BULK
TRANSFER CO.,

              Respondents,

-----------------------------------------------------------------x

Index No.
07 CIV 8859

Judge Barbara S. Jones

**AFFIDAVIT OF
DANIEL J. ENDICK**

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK  )

      **DANIEL J. ENDICK**, being duly sworn, deposes and states:

      1.    I am an associate with the law firm of Mound Cotton Wollan & Greengrass, attorneys for Respondents Kellstone, Inc. and Inland Bulk Transfer Co. ("Respondents"). I submit this affidavit in support of Respondents' Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(1).

      2.    True and accurate copies of the Articles of Incorporation of Kellstone, Inc. and Inland Bulk Transfer Co. filed with the State of Ohio Secretary of State are attached hereto as Exhibits 1 and 2, respectively.

      3.    A true and accurate copy of the Foreign Corporation License of Petitioner Laken Shipping Corporation filed with the State of Ohio Secretary of State is attached hereto as Exhibit 3.

_____
Daniel J. Endick

Sworn to before me this
19th day of November, 2007

_____
Notary Public

RODANTHI KUCHARSKI
Notary Public State of New York
No. 24-4711680
Qualified in Kings County
Commission Expires October 31, 2010

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically with the Court on November 19, 2007. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel J. Endick*
Daniel J. Endick
