## B 311 1240
### RECEIPT AND CERTIFICATE   N° 3142

KILLSTONE, INC.
NAME

321240
NUMBER

**DOMESTIC CORPORATIONS**

✓ ARTICLES OF INCORPORATION
AMENDMENT
MERGER CONSOLIDATION
DISSOLUTION
AGENT
RE-INSTATEMENT
CERTIFICATES OF CONTINUED EXISTENCE
MISCELLANEOUS

**FOREIGN CORPORATIONS**

LICENSE
AMENDMENT
SURRENDER OF LICENSE
APPOINTMENT OF AGENT
CHANGE OF ADDRESS OF AGENT
CHANGE OF PRINCIPAL OFFICE
RE-INSTATEMENT
FORM 7
PENALTY

**MISCELLANEOUS FILINGS**

ANNEXATION INCORPORATION—CITY OR VILLAGE
RESERVATION OF CORPORATE NAMES
REGISTRATION OF NAME
REGISTRATION OF NAME RENEWALS
REGISTRATION OF NAME—CHANGE OF REGISTRANTS ADDRESS
TRADE MARK
TRADE MARK RENEWAL
SERVICE MARK
SERVICE MARK RENEWAL
MARK OF OWNERSHIP
MARK OF OWNERSHIP RENEWAL
EQUIPMENT CONTRACT CHATTEL MORTGAGE
POWER OF ATTORNEY
SERVICE OF PROCESS
MISCELLANEOUS
ASSIGNMENT—TRADE MARK, MARK OF OWNERSHIP, SERVICE MARK, REGISTRATION OF NAME

I certify that the attached document was received and filed in the office of TED W. BROWN, Secretary of State, at Columbus, Ohio, on the __19th__ day of __June__ A.D. 19__63__, and recorded on Roll __B311__ at Frame __1240__ of the RECORDS OF INCORPORATION and MISCELLANEOUS FILINGS.

_Ted W. Brown_
TED W. BROWN,
Secretary of State

Filed by and Returned To: Thompson, Hine & Flory

Att: Richard C. Streeter

National City Bank Bldg. Cleveland 14, Ohio

FEE RECEIVED: $ 25.00

NAME: KILLSTONE, INC.

191-23

# EXHIBIT 1

Page 1

**B 311 1241**

ARTICLES OF INCORPORATION
OF
KELLSTONE, INC.

APPROVED

The undersigned, all of whom are citizens of the United States, desiring to form a corporation for profit under the Ohio General Corporation Law, do hereby certify:

FIRST. The name of the Corporation shall be KELLSTONE, INC.

SECOND. The place in the State of Ohio where the principal office of the Corporation is to be located is the City of Cleveland, in Cuyahoga County.

THIRD. The purpose or purposes for which the Corporation is formed are:

(a) To carry on and conduct the business of quarrying stone and producing, manufacturing, and preparing stone and stone products and by-products of every kind and description, and to acquire, hold, develop, and operate stone quarries;

(b) To manufacture, to purchase, lease, or otherwise acquire, to hold and use, to sell, lease, or otherwise dispose of, and to deal in or with personal property of any description and any interest therein;

(c) To purchase, lease, or otherwise acquire, to invest in, hold, use, and encumber, to sell, lease, exchange, transfer, or otherwise dispose of, and to construct, develop, improve, equip, maintain, and operate structures and real property of any description and any interest therein;

B 311 1242

    (d) To borrow money, to issue, sell, and pledge its notes, bonds, and other evidences of indebtedness, to secure any of its obligations by mortgage, pledge, or deed of trust of all or any of its property, and to guarantee and secure obligations of any person, all to the extent necessary, useful, or conducive to carrying out any of the purposes of the Corporation;

    (e) To invest its funds in any shares or other securities of another corporation, business, or undertaking or of a government, governmental authority, or governmental subdivision; and

    (f) To do whatever is deemed necessary, useful, or conducive to carrying out any of the purposes of the Corporation and to exercise all other authority enjoyed by corporations generally by virtue of the provisions of the Ohio General Corporation Law.

    FOURTH. The authorized number of shares of the Corporation is 250, all of which are Common Shares without par value.

    FIFTH. The amount of stated capital with which the Corporation will begin business is $500.

    SIXTH. The Corporation, by action of its directors, and without action by its shareholders, may purchase its own shares in accordance with the provisions of the Ohio General Corporation Law. Such purchases may be made either in the open market or at public or private sale, in such manner and amounts, from such holder or holders of outstanding shares of the Corporation, and at such prices as the directors shall from time to time determine.

B 311 1243

IN WITNESS WHEREOF, we have hereunto subscribed our names on June 12, 1963:

*Charles M. Weeks*
Charles M. Weeks

*George F. Karch, Jr.*
George F. Karch, Jr.

*Richard E. Streeter*
Richard E. Streeter

Incorporators

B. 311 1244

# Original Appointment of Agent

Form C-180 Prescribed by Secretary of State Ted W. Brown

The undersigned, being at least a majority of the incorporators of ~~~~~~~~~~~~~~~~~~
(Name of Corporation)

KELLSTONE, INC.

hereby appoint _____John J. Breckling_____
(Name of Agent)
a natural person resident in the county in which the corporation has its principal office, ~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
(Name of Corporation)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ upon whom ~~~~~~ any process, notice or demand required or permitted by statute to be served upon the corporation may be served. His ~~~~

complete address is _____Stones Levee_____, _____Cleveland_____,
(Street or Avenue)                              (City or Village)

Cuyanoga County, Ohio.

KELLSTONE, INC.
(Name of Corporation)

_Charles M. Weeks_
Charles M. Weeks

_George F. Karch, Jr._
George F. Karch, Jr.

_Richard E. Streeter_
Richard E. Streeter

(INCORPORATORS NAMES SHOULD BE TYPED OR PRINTED BENEATH SIGNATURES)

_____Cleveland_____, Ohio

_____June 12_____, 19 61

KELLSTONE, INC.
(Name of Corporation)

Gentlemen: I, ~~~~~~~~~~~~~~~~~~~~~~~~ hereby accept(s) appointment as agent of your corporation upon whom process, tax notices or demands may be served.

_____
(Signature of Agent or Name of Corporation)

By _____
(Signature of Officer Signing and Title)

Remarks: All articles of incorporation must be accompanied by an original appointment of agent. There is no filing fee for this appointment.