H0462-0006

# The State of Ohio

Bob Taft

Secretary of State

461959



## Certificate

It is hereby certified that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Fillings; that said records show the filing and recording of: AMD CHN

of:

INLAND BULK TRANSFER CO., INC. FORMERLY INLAND REFUSE TRANSFER CO.

United States of America
State of Ohio
Office of the Secretary of State

Recorded on Roll H-62 at Frame 0007 of the Records of Incorporation and Miscellaneous Fillings.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this [n]th day of OCT

A.D. 19 92.



*Bob Taft*
Bob Taft
Secretary of State

**EXHIBIT 2**




Filed by
BOB TAFT, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form SH-AMD (January 1991)

Charter No. 461959
Approved
Date 10/16/92
Fee 35.00

# CERTIFICATE OF AMENDMENT
## by Shareholders to the Articles of Incorporation of

INLAND REFUSE TRANSFER CO.
(Name of Corporation)

JAMES A. PALLADINO , who is:

☐ Chairman of the Board   ☒ President   ☐ Vice President (check one)

and

R. JAMES RICHMOND , who is: ☒ Secretary   ☐ Assistant Secretary (Check one)

of the above named Ohio corporation for profit do hereby certify that: (check the appropriate box and complete the appropriate statements)

☐ a meeting of the shareholders was duly called for the purpose of adopting this amendment and held on _____, 19____ at which meeting a quorum of the shareholders was present in person or by proxy, and by the affirmative vote of the holders of shares entitling them to exercise _____% of the voting power of the corporation.

☒ in a writing signed by all of the shareholders who would be entitled to notice of a meeting held for that purpose, the following resolution to amend the articles was adopted:

That the name of the corporation be amended to:
"Inland Bulk Transfer Co., Inc."

IN WITNESS WHEREOF, the above named officers, acting for and on the behalf of the corporation, have hereto subscribed their names this ____ day of _____ 19 92.

By x _____
JAMES A. PALLADINO - (Chairman, President, Vice President)

By x _____
R. JAMES RICHMOND - (Secretary, Assistant Secretary)

NOTE: Ohio law does not permit one officer to sign in two capacities. Two separate signatures are required, even if this necessitates the election of a second officer before the filing can be made.

