| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/01/2004 | 200406101298 | FOREIGN LICENSE/FOR-PROFIT (FLF) | 125.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

THELEN REID & PRIEST LLP
701 PENNSYLVANIA AVE, NW - #800
WASHINGTON, DC 20004-2608

# STATE OF OHIO
## CERTIFICATE
Ohio Secretary of State, J. Kenneth Blackwell

1444955

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**LAKEN SHIPPING CORPORATION**

and, that said business records show the filing and recording of:

Document(s)                                         Document No(s):
**FOREIGN LICENSE/FOR-PROFIT**                      200406101298

Authorization to transact business in Ohio is hereby given, until surrender, expiration or cancellation of this license.

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 27th day of February, A.D. 2004.

*J. Kenneth Blackwell*
Ohio Secretary of State

# EXHIBIT 3

Page 1



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)    2004 FEB 27

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) | |
|---|---|
| Mail Form to one of the Following: | |
| ○ Yes | PO Box 1390 Columbus, OH 43216 |
| | Requires an additional fee of $100 |
| ☒ No | PO Box 670 Columbus, OH 43216 |

## FOREIGN CORPORATION APPLICATION FOR LICENSE
## OR REGISTRATION OF CORPORATION NAME
*(For Foreign Profit or Non-Profit)*

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) Foreign Corporation | | (2) Registration of Corporate Name by Unlicensed Foreign Corporation | |
|---|---|---|---|
| ☒ For Profit (151-FLF) | | ☐ Original (158-RCO) | |
| ☐ Non-Profit (152-FLN) | ORC 1703 | ☐ Renewal (172-RNR (RCR))  ORC 1703 | |
| | | | (Registration No.) |
| **Filing Fee $125.00** | | **Filing Fee $50.00** | |

*Complete the general information in this section for the box checked above.*

Corporate Name: **Laken Shipping Corporation**

Under the Laws of the State of: **Delaware**
*(Home State)*

Date of Incorporation in Home State: **February 4, 2004**
*(Date)*

The corporation's principal office is located at

**One Cleveland Center, 1375 East 9th Street**
*(Street)*    NOTE: P.O. Box Addresses are NOT acceptable.

**Cleveland**          **Ohio**                **44114**
*(City)*               *(State)*               *(Zip Code)*

The corporate purpose it proposes to exercise in the state of Ohio are as follows: (Please provide a brief but specific description; a general purpose clause is not sufficient)

**Ownership of tugs and barges**

The corporation is carrying on or doing business.

☐ Check here if additional provisions are attached

530                          Page 1 of 3                Last Revised: Jan. 2002

**Complete the information in this section if box (1) is checked.**

The corporation hereby appoints the following as its statutory agent upon whom process against the corporation may be served in Ohio

CSC-Lawyers Incorporating Service (Corporation Service Company)
(Name)
50 West Broad Street
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

Columbus        Ohio        43215
(City)          (State)     (Zip Code)

The entity above irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

A. the agent cannot be found or
B. the above listed fails to designate another agent when required to do so, or
C. the above stated registration to do business in Ohio expires or is cancelled.

**Complete the information in this section if profit is checked in box (1).**

The application is made to secure a ☑ permanent    ☐ temporary license

The corporation's principal office within Ohio is to be located in    ☐ Corporation will not have an office in Ohio

One Cleveland Center, 1375 East 9th Street
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

Cleveland       Cuyahoga    Ohio        44114
(City)          (County)    (State)     (Zip Code)

Has the corporation obtained a license to transact business in Ohio at any time in the past?    ☐ Yes  ☑ No
If yes, prior License No. _____    issued _____
                                      (Date)

The date on which the corporation began transacting business in Ohio

☐ Date _____
OR
☑ Will begin business upon approval of application

Is this application being made to enable the corporation to prosecute or defend a legal action?    ☐ Yes  ☑ No

**Complete the information in this section if non-profit is checked in box (1).**

The location of its principal office in the state of Ohio is

_____
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

                            Ohio
_____      _____      _____      _____
(City)        (County)      (State)       (Zip Code)

(Pursuant to ORC 1703.27 must have an Ohio address)

530                     Page 2 of 3                 Last Revised: Jan. 2002

SS.

IN WITNESS WHEREOF, the corporation has caused this application to be executed by an authorized officer on **February 24, 2004**
(Date)

STATE OF **Ohio**

COUNTY OF **Cuyahoga**

**Gerald Grammenos**, being first duly sworn, deposes and says that he/she is the
(Name of Officer)

**President & Chairman** of **Laken Shipping Corporation**
(Title)

the corporation described in the foregoing application, and that the statements contained in said application are true and correct to the best of my knowledge and belief.

Signature: _[signature]_

Name: **Gerald Grammenos**

Sworn to before me and subscribed in my presence,   **February 24, 2004**
(date)

_[signature]_
(Notary Public)

NOTARY SEAL   Expiration date of Notary's Commission:   ROBERT N. LIPSON
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
SECTION 147.03 R.C.

830                 Page 3 of 5                 Last Revised: Jan. 2002

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "LAKEN SHIPPING CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIFTH DAY OF FEBRUARY, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "LAKEN SHIPPING CORPORATION" WAS INCORPORATED ON THE FOURTH DAY OF FEBRUARY, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

Harriet Smith Windsor, Secretary of State

3760217  8300

040136199

AUTHENTICATION: 2952017

DATE: 02-25-04