UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LAKEN SHIPPING CORPORATION,                 07 Civ. 8859 (BSJ)

              Petitioner,              DECLARATION
    -against-

KELLSTONE, INC. and INLAND BULK
TRANSFER CO.,

             Respondents.
----------------------------------------X

I, Edward A. Keane, hereby declare as follows:

1. I am a partner with the firm of Mahoney & Keane, LLP, counsel of record for petitioner, LAKEN SHIPPING CORPORATION (LAKEN). Based upon my personal knowledge and my review of the file maintained by my office, I am familiar with the proceedings in this case.

2. Herewith attached are true copies of the following:

    Exhibit A:    LAKEN's Petition to Confirm Arbitration Award dated October 15, 2007;

    Exhibit A1:   Final Award dated September 25, 2007;

    Exhibit B:    Letter of Intent dated December 19, 2003; and

    Exhibit C:    Ship Sale Agreement dated March 3, 2004.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2007
New York, New York

MAHONEY & KEANE, LLP
Attorneys for Petitioner
LAKEN SHIPPING CORPORATION

By: *[signature]*

Edward A. Keane (EK 1398)
111 Broadway, Tenth Floor
New York, New York 10006
(212) 385-1422