```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LAKEN SHIPPING CORPORATION,

        Petitioner,

- against -

KELLSTONE, INC. and INLAND BULK
TRANSFER CO.,

        Respondents,

------------------------------------------------------------x

Index No.
07 CIV 8859

Hon. Barbara S. Jones

**ORDER GRANTING**
**PRO HAC ADMISSION**

BARBARA S. JONES, United States District Judge:

    The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorneys Ezio A. Listati and Christine M. Garritano are permitted to argue or try this particular case in whole or in part as counsel or advocate.

    An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

    This notice will serve as the appearance of counsel in this case and will be entered on the Court's docket. A notation of the attorneys admission pro hac vice will be made in the roll of attorneys.

Dated: December 13, 2007
       New York, New York

                                                                             United States District Judge