UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LAKEN SHIPPING CORPORATION,                 07 Civ. 8859 (BSJ)

                Petitioner,          STIPULATION OF
                                     DISCONTINUANCE
   -against-

KELLSTONE, INC. and INLAND BULK
TRANSFER CO.,

                Respondents.
----------------------------------------X

*[RECEIVED MAY 2? 2008 — CHAMBERS OF BARBARA S. JONES U.S.D.J.]*

IT IS HEREBY STIPULATED AND AGREED, the above entitled action be and the same hereby is discontinued, without prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, N.Y.
        May 16, 2008

| MAHONEY & KEANE, LLP<br>Attorneys for<br>Petitioner | MOUND COTTON WOLLAN &<br>GREENGRASS<br>Attorneys for Respondents |
|---|---|
| By: _____<br>Edward A. Keane (EK 1398)<br>76 Beaver Street<br>New York, NY 10005<br>(212) 385-1422 | _____<br>Daniel J. Endick (DE 5285)<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 804-4200 |

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/22/08]*

SO ORDERED:

_____
U.S.D.J.
5/22/08

STATE OF NEW YORK     :
                      :  ss.:
COUNTY OF NEW YORK    :

      MARIE CUSH, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Lyndhurst, New Jersey.

      On May 20, I served a true copy of the annexed STIPULATION OF DISCONTINUANCE

**TO: DANIEL J. ENDICK, ESQ.**
**MOUND COTTON WOLLAN & GREENGRASS**
**ONE BATTERY PARK PLAZA**
**NEW YORK, NEW YORK 10004**
**TEL: (212) 804-4200**
**FAX: (212) 334-8066**

by mailing same in a postage paid envelop in an office United States Postal Service depository.

_____
MARIE T. CUSH

Sworn to before me on this
20th day of May, 2008

_____
Notary Public

GARTH S. WOLFSON
NOTARY PUBLIC
State of New York No. 02WO5076941
Qualified in New York County
Term Expires 1/29/201_